**IN THE CIRCUIT COURT FOR THE TWELFTH JUDICIAL CIRCUIT**
**IN AND FOR DESOTO COUNTY, FLORIDA**
**CIVIL DIVISION**

**BOYLE & BOYLE, INC. d/b/a BADCOCK**
**FURNITURE STORE**,
      Plaintiff,

v.                                   CASE NO:  2023CA000587AXMA

**ALLIED INSURANCE COMPANY OF**
**AMERICA**,
      Defendant.

_____/

### SECOND AMENDED COMPLAINT

      COMES NOW the Plaintiff, **BOYLE & BOYLE, INC. d/b/a BADCOCK FURNITURE STORE** (hereinafter "Plaintiff"), by and through the undersigned attorney, hereby files this Second Amended Complaint against the Defendant, **ALLIED INSURANCE COMPANY OF AMERICA** (hereinafter "Defendant"), and as grounds therefore, state as follows:

### General Allegations

1. At all times relevant hereto, the Plaintiff is a resident of the State of Florida, residing in DeSoto County.

2. At all times relevant hereto, Defendant is an insurance company organized and existing under the laws of the State of Florida and doing business specifically in DeSoto County with Plaintiff.

3. The amount in controversy in this action is greater than Fifty Thousand Dollars ($50,000.00) exclusive of pre-judgment interest, court costs, and attorney's fees

### Count I-Breach of Contract

4. Plaintiff re-alleges each and every allegation set forth in Paragraphs 1 through 3 above, as if fully set forth herein.

5. This is an action for damages for breach of insurance contract against Defendant.

6. In consideration of the premium paid to it, Defendant issued to Plaintiff a contract of insurance, Policy Number **ACP BPRL 3017920892**, which was in full force and effect at the time of the

loss and damage at the insured premises at **14 West Hickory Street, Arcadia, FL 34266** (hereinafter "Insured Property"). Attached hereto as **Exhibit "A"** is what Plaintiff believe to be a correct and complete copy of the policy which underlies this action.

7.  During the effective period of the insurance policy, the Insured Property suffered direct physical damage and loss caused by Hurricane Ian – a peril for which the policy of insurance issued by Defendant provides coverage.

8.  The sudden and unexpected loss caused Plaintiff to sustain loss to the covered structure and its roof as well as the interior of the Insured Property.

9.  The sudden and unexpected loss caused Plaintiff to incur additional expenses and will continue to cause expenses and loss.

10. Plaintiff has made a timely claim for the damage and loss. Defendant assigned Claim Number **821963-GN**.

11. Plaintiff has requested that Defendant pay for damages, but Defendant has failed and refused and continues to refuse to fully pay.

12. The Plaintiff has done and performed all those matters and things properly required under the insurance policy or, alternatively, have been excused from performance by the acts and/or omissions of Defendant.

13. Notwithstanding the foregoing, Defendant has failed or refused to provide full coverage under the insurance policy and has failed to pay promptly the full amounts due and has thereby breached the contract of insurance.

14. As a direct result of Defendant's breach of insurance contract, Plaintiff has been financially damaged and continue to suffer damage and loss.

15. As a result of Defendant's breach of the insurance contract, it has become necessary for Plaintiff to incur and become obligated for attorney's fees and costs in connection with the prosecution of this action. Plaintiff is entitled to have Defendant pay said fees and costs owed under Florida law.

<u>**Count II-Breach of Florida Statute § 627.444**</u>

16. Plaintiffs re-allege each and every allegation set forth in Paragraphs 1 through 6 above, as if fully set forth herein.

17. Plaintiffs made a claim for coverage as discussed above more fully, and Defendant assigned Claim Number **821963-GN** to the claim that is the subject of this lawsuit.

18. On **August 14, 2023**, Plaintiffs sent a Letter of Representation and request for Loss Run Statement to Defendant pursuant to <u>Florida Statute § 627.444</u>. Attached hereto as **Exhibit "B"**.

19. Defendant has failed to provide any documentation in response complying with the Letter of Representation and request for Loss Run Statement.

20. Defendant's failure to provide documentation related to Claim Number **821963-GN** constitutes a breach of <u>Florida Statute § 627.444</u>, and therefore, a breach of the policy pursuant to *Westside EKG Assocs. v. Found. Health*, <u>932 So. 2d 214, 216</u> (Fla. 4th DCA 2005), approved, <u>944 So. 2</u>d 188 (Fla. 2006) (citing *Northbrook Prop. & Cas. Ins. Co. v. R & J Crane Serv., Inc.*, <u>765 So.2</u>d 836 (Fla. 4th DCA 2000); *Grant v. State Farm Fire and Cas. Co.*, <u>638 So.2d 936</u> (Fla.1994); *P.C. Lissenden Co. v. Bd. of Cty. Comm'rs of Palm Beach*, <u>116 So.2d 632</u> (Fla.1960); *Citizens Ins. Co. v. Barnes*, <u>98 Fla. 933</u>, <u>124 So. 722</u> (1929).

21. As a direct result of Defendant's breach, Plaintiffs request an award of nominal damages and/or specific performance.

22. As a result of Defendant's breach, it has become necessary for Plaintiffs to incur and become obligated for attorney's fees and costs in connection with the prosecution of this action. Plaintiffs are entitled to have Defendant pay said fees and costs owed under Florida law.

   **WHEREFORE**, the Plaintiff prays this Court enter judgment in Plaintiff's favor and against Defendant for damages including actual and compensatory damages, pre-judgment interest, costs of this action, attorney's fees, and such other and further relief as this Court may deem appropriate.

<u>**JURY TRIAL DEMANDED**</u>

   Plaintiff requests a trial by jury on all issues so triable.

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY, that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via the E-Filing Portal system, and via electronic mail to: Thomas R. Keller, Esquire, *tkeller@butler.legal;* Julius Matusewicz, Esquire, *jmatusewicz@butler.legal; lfarrell@butler.legal*; BUTLER WEIHMULLER KATZ CRAIG LLP, 400 N. Ashley Drive, Suite 2200, Tampa, Florida on this 4th day of October 2023.

Respectfully submitted,

KRAPF LEGAL, P.A.

/s/ Grant W. Krapf, Esq.
GRANT W. KRAPF, ESQ.
FBN: 072058/SPN: 01287297
GEOFFREY M. SCHUESSLER, ESQ.
FBN: 85384
2790 Sunset Point Road
Clearwater, FL 33759
Telephone: (727) 777-7450
E-mail for service: assist@krapflegal.com
*Counsel for Plaintiff(s)*

# EXHIBIT

# "A"

IN 69 03 11 11

★ ★ ★ ★ ★ ★ ★    IMPORTANT INSURANCE INFORMATION    ★ ★ ★ ★ ★ ★ ★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# FL BUSINESSOWNERS CO-PAY AND WINDSTORM DEDUCTIBLE NOTICE

## THIS POLICY CONTAINS A CO-PAY PROVISION THAT MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

## THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU

ACP BPRL3027920892                              INSURED COPY                              45    04527

IN 74 04 01 07

# IMPORTANT FLOOD INSURANCE NOTICE

Thank you for the opportunity to provide your important insurance protection.  As your insurance provider, we like to keep you informed of important issues that can potentially impact your property assets.  This letter is to remind you of the importance of considering flood insurance and the importance of reviewing your policies on a regular basis.

Your Commercial Property (Premier Businessowners, and/or Commercial Property) and Farmowners' policy does not cover damage from floods to any property resulting directly or indirectly from "water."  Excluded "water" losses include, but are not limited to those caused by flood, surface water, waves, tides, tidal waves, overflow of any body of water, or their spray, all whether driven by wind or not. These types of loss or damage caused by "Water" are excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss. You will need to read your policy for all of the details about excluded water losses.  This is just a summary of the excluded water losses to highlight some important flood-related issues.

In most communities, you can obtain flood insurance through your agent that is backed by the federal government's National Flood Insurance Program.  In those qualifying communities, you can obtain flood insurance protection for your property regardless of your flood zone or flood risk.

Your agent can assist you in 1) determining if your community participates in the National Flood Insurance Program, 2)  assessing your flood risk, and 3) understanding flood policy availability. To learn more about flood insurance and your risk of flooding access the National Flood Insurance Program's consumer website at www.FloodSmart.gov.

As you consider the risk of flooding in your area and consider your options for obtaining valuable protection, consider that:

- All property is in a flood zone, regardless of whether an area has been defined as high risk or low risk.
- Nearly 25% of all flood claims are for properties located in lower-risk flood areas or locations where flooding is not expected.
- Floods can happen anywhere, at any time, causing anguish, destruction, and financial damage.
- Changing weather patterns, as well as residential and business development, may increase your chance of experiencing a flood.
- Flooding can occur as a result of clogged, overloaded, or inadequate storm drains.  You don't have to live near a body of water to be flooded.
- Federal disaster assistance is often a loan and must be repaid with interest.
- Your commercial property and/or farmowner policies exclude loss by flooding.

Ask your agent about obtaining flood insurance for commercial property today. Thank you for choosing us to meet your insurance needs. We value your business.

IN 74 04 01 07

Page 1 of 1

**IN 74 29 12 15**

★ ★ ★ ★ ★ ★ ★  IMPORTANT INSURANCE INFORMATION  ★ ★ ★ ★ ★ ★ ★

Please read this Notice carefully. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# FLORIDA CUSTOMER SERVICE NOTIFICATION

We want to make it as easy as possible for you to be able to contact us when you have a claim or a question regarding your insurance. Our aim is to provide you the service you need.

If you have a loss and need to report a claim – just call our 24-hour toll free **Claims Number** 1-800-421-3535 from anywhere in the country.

When you talk to someone about your policy(s) or any other insurance concern, please contact your agent. His or her name and telephone number can be found on the Policy Declaration or a Billing Notice.

You may also write or call our Customer Service Department:

Nationwide Insurance Company
Attn: Customer Relations Department
One West Nationwide Bl
Columbus Oh 43215-2220
877-669-6877 (toll free)
Web: www.nationwide.com

Written correspondence is preferable so that a record of your inquiry is maintained. When contacting your agent or the company, have your policy number available.

Please keep this information with your insurance policy for handy reference.

**IN 74 29 12 15**                                                                Page **1** of 1

IN 74 36 07 08

★ ★ ★ ★ ★ ★ ★    **IMPORTANT INSURANCE INFORMATION**    ★ ★ ★ ★ ★ ★ ★

Please read this Notice carefully. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

The following notice statement is required by Florida statue when Sinkhole Loss Coverage is not provided at any Florida location insured under your policy.

# FLORIDA SINKHOLE LOSS COVERAGE

**YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE. OTHERWISE, YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES. YOU MAY PURCHASE ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.**

If you have a Premier Businessowners policy, the Businessowners Property Declarations pages will show, by building, whether Sinkhole Loss Coverage applies. Sinkhole Loss will show as either Included or Not Provided.

For other Commercial Property policies, Sinkhole Loss Coverage applies at a location if endorsement CP7130 is shown on the Property Declarations page as applicable to that location. Otherwise Sinkhole Loss Coverage is not provided.

If you have questions about this coverage, please contact your agent.

IN 74 36 07 08                                                                 Page 1 of 1

ACP BPRL3027920892                    INSURED COPY                    45    04530

IN 74 37 07 08

★ ★ ★ ★ ★ ★ **IMPORTANT INSURANCE INFORMATION** ★ ★ ★ ★ ★ ★

Please read this Notice carefully. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# FLORIDA DEPARTMENT OF REVENUE REQUIRES INSURANCE COMPANIES TO COLLECT SURCHARGE

The Florida Department of Revenue has imposed a 0.1% surcharge on fire insurance policies on commercial properties. This assessment will be charged on premiums collected on and after the first day of July, 1992. The monies collected are to be deposited to the Fire College Trust Fund.

You may call the Taxpayer Assistance Section at 1-800-FLA DOR1 (1-800-352-3671) or (904) 488-6800, and for the hearing impaired 1-800-DOR-TDD1 (1-800-367-8331), with questions concerning the surcharge.

The insurance industry is acting solely as a conduit for the collection of this premium surcharge and will remit all monies collected to the Florida Department of Revenue.

The surcharge amount being collected with your policy premium will be identified on your policy Declarations and Billing Notices as the "FLORIDA DOR SURCHARGE."

IN 74 38 07 08

★ ★ ★ ★ ★ ★ **IMPORTANT INSURANCE INFORMATION** ★ ★ ★ ★ ★ ★

Please read this Notice carefully. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# EMERGENCY MANAGEMENT, PREPAREDNESS, AND ASSISTANCE TRUST FUND FLORIDA MUTUAL AID PLAN

In the 1993 regular session, the Florida Legislature has created the Emergency Management, Preparedness, and Assistance Trust Fund, and amended the Florida Mutual Aid Plan under Senate Bill 1858 and House Bill 911. (Section 624.6092 and Section 252.37 of the Florida Statutes)

The Trust Fund is to be administered by the Department of Community Affairs and appropriations will be allocated to: implement and administer state and local emergency management programs and training; provide for state relief assistance for non-federally declared disasters, including grants and below-interest rate loans to business for uninsured losses resulting from a disaster; and provide grants and loans to state or regional agencies, local governments, and private organizations to implement projects that will further state and local emergency management objectives.

The funds for this program are to be provided by an annual surcharge of $2 on every homeowners, mobile homeowners, tenant homeowners, condominium unit owners, farm owners and flood policies and a surcharge of $4 on every commercial fire, commercial multi peril and business owners insurance policies on property insured in Florida. The surcharge is to be paid by the policyholder, on each policy issued, new or renewed and effective on and after May 1, 1993.

The insurance industry is acting solely as a conduit for the collection of this surcharge and will remit all monies collected to the Florida Department of Revenue for deposit to the Trust Fund.

The surcharge is being collected with your policy premium and will be identified on your policy Declarations and Billing Notices as the "FMAP Surcharge" or "Florida Mutual Aid Plan Surcharge."

Thank you for your cooperation.

IN 74 38 07 08                                                                 Page 1 of 1

IN 74 40 07 08

★ ★ ★ ★ ★ ★ ★    **IMPORTANT INSURANCE INFORMATION**    ★ ★ ★ ★ ★ ★ ★

Please read this Notice carefully. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# FLORIDA BUILDING CODE EFFECTIVENESS GRADING SCHEDULE

**About the program**

The Building Code Effectiveness Grading Schedule (BCEGS) is a program developed by The Insurance Services Office, a rating bureau used by many insurance companies that grades the adequacy of the building construction codes in a community and the enforcement of those codes. Building insurance premiums can receive credits or debits based on a community's grade. BCEGS was developed in response to the high cost and frequency of catastrophes such as windstorm, hurricane and earthquake. The goal is to reduce property losses, as well as the economic and social disruption that catastrophes can cause.

Any credit or debit that currently applies to your building has already been calculated into your premium. You will not receive a separate refund or billing for BCEGS.

The BCEGS program began in 1995, so not all buildings are eligible to receive a credit or debit. You will be subject to a small debit if your community is not participating in BCEGS. You will only receive a credit if the windstorm cause of loss is not excluded, or if earthquake cause of loss is provided, and your building was constructed after your community was graded, recertified as a result of an addition or significant alteration after your community was graded, or if your building has been individually graded.

**Individual grading**

If you believe your building deserves a credit, or a better credit than the community is graded for, you can apply for individual grading. A building design professional must inspect the structure and either recertify it complies with your community's current building codes or certify it complies with the natural hazard provisions of a nationally recognized model building code. The Southern Building Code is an example. There are cases in which you may want to consider individual grading:

1)  Your building was constructed before your community was graded:

2)  The community received less than the best possible grade;

3)  The community has not yet been graded; or

4)  The community has decided not to participate in the BCEGS program (Non-participating communities receive a debit).

An additional consideration with individual grading is the building design professional will bill you for the cost. The fee is set by the inspector and is anticipated to cost several hundred dollars.

For more information about the BCEGS program, call your agent.

ACP BPRL3027920892                         INSURED COPY                       45    04533

IN 78 09 11 15

★ ★ ★ ★ ★ ★ ★     IMPORTANT INSURANCE INFORMATION     ★ ★ ★ ★ ★ ★ ★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# DATA BREACH & IDENTITY RECOVERY SERVICES

**Data Breach Services Information:**

Through a partnership with Hartford Steam Boiler, you have access to a data breach risk management portal called the eRiskHub®.  The portal is designed to help you understand data information exposures, help you plan and be prepared for a data breach, and establish a response plan to manage the costs and minimize the effects of a data breach.

Key features of the portal include:
- Incident Response Plan Roadmap – suggested steps your business can take following data breach incident.  Having an incident response plan prepared in advance of a breach can be useful for defense of potential litigation.
- Online Training Modules – ready-to-use training for your business on privacy best practices and Red Flag Rules.
- Risk Management Tools- assist your business in managing data breach exposures including self-assessments and state breach notification laws.
- eRisk Resources – a directory to quickly find external resources on pre and post-breach disciplines.
- News Center – cyber risk stories, security and compliance blogs, security news, risk management events, and helpful industry links.
- Learning Center – best practices and white papers written by leading authorities.

To access the eRiskHub®portal:
- Enter https://www.eriskhub.com/nationwide in your browser.
- Complete the information, including your name and company. Your User ID and Password are case-sensitive.
- Enter your assigned access code: **12116-73**.
- Enter the challenge word on the screen, and click "Submit" and follow the instructions to complete your profile setup.
- You can now login to the portal.

You also have access to a help-line to answer breach related questions.  Insureds having questions pertaining to how to prepare for a breach, help in identifying a breach, or other questions pertaining to breach related best practices can call our breach preparedness help-line.  Experienced professionals are able to provide insights to help insureds understand the complicated environment pertaining to breaches of personal information.  The breach preparedness help-line is 877-800-5028.

IN 78 09 11 15                                                                                           Page 1 of 2

IN 78 09 11 15

In addition, you have the ability to purchase Data Compromise Insurance coverage and CyberOne Insurance coverage.

The Data Compromise coverage covers the costs incurred by an insured to respond to a data breach, including expenses related to forensic information technology review, legal review, notification to affected individuals, services to affected individuals, public relations services. Insureds will also have the ability to include Data Compromise Defense and Liability coverage which covers the liability from a suit brought by an individual affected by the data breach.

CyberOne coverage protects businesses against damage to electronic data and computer systems from a virus or other computer attack. It also protects a business's liability to third parties that may have suffered damage due to security weaknesses in the business's computer system.

**Identity Recovery Services Information:**

Through a partnership Hartford Steam Boiler, you will have access to a Toll-Free Identity Recovery Help Line designed to provide education about identity theft and identity theft risks. The toll-free Help Line is staffed by experienced identity theft counsellors who can answer questions and provide useful information and resources to identity theft victims. The Identity Recovery Help Line number is 877-800-5028.

In addition, you have the ability to buy Identity Recovery insurance coverage as an included element of Data Compromise coverage or separately, on its own. The Identity Recovery coverage insures against the theft of identities of the insured's key owners, officers, and resident family members. The coverage provides the services of an identity theft case manager and pays for various out-of-pocket expenses due to a covered identity theft, including:

- Legal fees for answer of civil judgments and defense of criminal charges
- Phone, postage, shipping fees
- Notary and filing fees
- Credit bureau reports
- Lost Wages and Child or Elder Care
- Mental Health Counseling costs (Not Available in NY)
- Miscellaneous Expense coverage

ACP BPRL3027920892                          INSURED COPY                          45    04535

IN 78 30 08 16

★ ★ ★ ★ ★ ★ ★    IMPORTANT INSURANCE INFORMATION    ★ ★ ★ ★ ★ ★ ★

Please read this Notice carefully. No coverage is provided by this notice nor can it be construed to replace any provision of your policy. You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# EMPLOYMENT PRACTICES LIABILITY SERVICES

As a member of Nationwide Insurance who has an active Employment Practices Liability Insurance policy you have access to a free loss prevention website and a free legal hotline to help your business reduce and/or prevent employment claims.

**Online Support:**
The website "Workplace Risk Solutions" is designed to help educate you about employment practices laws, help you understand the employment practices exposures your business may have, and provide ways that you can reduce your risk of having an employment claim.

Key features of the website include:
- Training – Web based training on: sexual harassment, preventing discrimination, and preventing wrongful termination and retaliation.
- Knowledge Vault –
    - Checklists to help guide your business through certain situations it may encounter such as crisis management.
    - A library of workplace-related articles.
    - Tools to help you create documents such as an employment application, employee handbook, policy guides in English and Spanish, performance review, and an incident form.
    - Best Practice Minutes and Tips offers steps to limit the risk for a variety of workplace employment liability issues.

To access the website:
- Select a site administrator.
  We recommend that all managers and supervisors handling EPLI register to use this site. Ideally one employee should register as the site administrator, then register additional users.
- Go to: http://www.wprsolutions.com
- Click Register Here in the Member Login box on the left hand side of the page.
- Enter the passcode: NI-HRhelp
- Complete the registration form.
- Training Notice Screen – We suggest turning off all questions on the Training Notice screen (click No). The system automatically assigns all training modules to every user with a site profile if you do not click no on the Training Notice screen.
- You can now login to the portal.

Questions on the website? Call a Customer Service Representative at 888-712-7667.

**Legal Hotline:**

The Jackson Lewis legal hotline provides you with employment practices legal advice from Jackson Lewis, LLP, one of the nation's largest and most respected employment law firms. The legal hotline can answer questions regarding employee family medical leave, attendance issues, the steps to take when investigating harassment reports or terminating employees, as well as answering a host of other employment-related questions.

Questions for the Jackson Lewis legal hotline? Call (800)-259-5589 Monday through Friday from 9:00 am to 6:00 pm Central Standard Time.

IN 78 30 08 16                                                                                    Page 1 of 1

IN 78 54 07 17

★ ★ ★ ★ ★ ★ ★     IMPORTANT INSURANCE INFORMATION     ★ ★ ★ ★ ★ ★ ★

This Notice does not form a part of the insurance contract. No coverage is provided by this Notice, nor can it be construed to replace any provisions of the policy (including its endorsements). If there is any conflict between this Notice and the policy (including its endorsements), the provisions of the policy (including its endorsements) shall prevail.

Carefully read the policy, including all endorsements attached to the policy.

# PROTECTIVE SAFEGUARD ENDORSEMENT
# ADVISORY NOTICE TO POLICYHOLDERS

This Advisory Notice provides information concerning the following protective safeguards endorsements, which apply to the new or renewal policy being issued:

**Burglary and Robbery Protective Safeguards – CP 12 11**
**Burglary and Robbery Protective Safeguards – CP 73 02**
**Protective Devices Endorsement – IM 7853**
**Protective Devices or Services Provision - CRA 505**
**Protective Safeguards - CP 73 01**
**Protective Safeguards - OP 04 04**
**Protective Safeguards - PB 04 30**
**South Dakota Protective Safeguards - CP 04 12**
**Protective Devices Endorsement - IMA 930**

This policy is written with a protective safeguards endorsement. See the policy declarations to determine the specific endorsement that applies to this policy. Note that acceptance of the policy, in the payment of premium, constitutes the insured's understanding and acknowledgement of the risk of loss of insurance at the scheduled building if the protective safeguard is not maintained. The scheduled protective safeguard(s) scheduled endorsement must be:

- In place;
- Operational; and
- Maintained in good working order

at the building shown on the endorsement.

**<u>Failure to comply with any of these conditions, may result in loss of insurance coverage.</u>**

The endorsement provides explicit instructions to preserve coverage under the policy should it become necessary to suspend or disable the scheduled protective safeguard(s). Please read the endorsement thoroughly to understand and comply with these conditions. Contact your producer for questions or additional information regarding this endorsement.

The condition in this endorsement applies to all coverages provided by the insurance, including (if any) property damage and business income coverages, unless stated otherwise in your policy.

IN 79 30 01 22

★ ★ ★ ★ ★ ★ ★    IMPORTANT INSURANCE INFORMATION    ★ ★ ★ ★ ★ ★ ★

Please read this Notice carefully.  No coverage is provided by this notice nor can it be construed to replace any provision of your policy.  You should read your policy and review your declarations page for complete information on the coverages you are provided. If there is any conflict between the policy and this notice, the provisions of the policy shall prevail.

# FLORIDA INSURANCE GUARANTY ASSOCIATION (FIGA)

The FIGA Board of Directors has certified the need for a 0.70% assessment on its member insurers.  The assessment is necessary to secure funds for the payment of covered claims related to new insolvencies in FIGA's Other Account.  Member insurers will be required to collect an equivalent surcharge on new and renewal policies with effective dates beginning January 1, 2022 through December 31, 2022.

IN 79 30 01 22                                                                                    Page 1 of 1

**Nationwide®**
is on your side

ALLIED INSURANCE CO OF AMERICA                                    09    59444
1100 LOCUST ST DEPT 1100                                          RENEWAL
DES MOINES, IA 50391-2000

# PREMIER BUSINESSOWNERS POLICY

### PREMIER RETAIL

### COMMON DECLARATIONS

Policy Number:   ACP    BPRL   3027920892

Named Insured:   **BOYLE & BOYLE INC - DBA**
                 **BADCOCK FURNITURE STORE**
Mailing Address: **14 W HICKORY ST**
                 **ARCADIA, FL    34266-3959**
Agency:          **DARR SCHACKOW INS AGENCY LLC**
Address:         **GAINESVILLE FL    32607-6109**
Agency Phone Number: **(352)326-4007**

Policy Period:   Effective From **04-20-22**      To **04-20-23**
                 12:01 AM Standard Time at your principal place of business.

Form of your business entity: **CORPORATION**

Description of your business: **RETAIL FURNITURE STORE**

IN RETURN FOR THE PAYMENT OF THE PREMIUM AND SUBJECT TO ALL THE TERMS OF THIS POLICY,
WE AGREE TO PROVIDE THE INSURANCE STATED IN THIS POLICY.

**THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.**

**Coinsurance contract: The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the insured.**

**CONTINUATION PROVISION:  If we offer to continue your coverage and you or your representative do not accept, this policy will automatically terminate on the expiration date of the current policy period stated above.  Failure to pay the required premium when due shall mean that you have not accepted our offer to continue your coverage. This policy will terminate sooner if any portion of the current policy period premium is not paid when due.**

**RENEWAL POLICY NOTICE:  In an effort to keep insurance premiums as low as possible, we have streamlined your renewal policy by not including printed copies of policy forms or endorsements that have not changed from your expiring policies, unless they include variable information that is unique to you.  Refer to your prior policies for printed copies of these forms.  If you have a need for any form, they are available by request from your agent.**

|                          |     |          |
|--------------------------|-----|----------|
| TOTAL ANNUAL PREMIUM     | $   | 5,855.00 |
| SURCHARGE/ASSESSMENT     | $   | 45.02    |
| TOTAL POLICY PREMIUM     | $   | 5,900.02 |

| Previous Policy Number | | | |
|---|---|---|---|
| ACP    BPRL   3017920892 | ENTRY DATE    02-03-22 | Countersignature | Date |

These Common Policy Declarations, together with the Common Policy Conditions, Coverage Form Declarations, Coverage Forms and any endorsements issued to form a part thereof, complete the Policy numbered above.

**PB 81 00 (01-01)**                                              **Page 1 of 2**

DIRECT BILL    LCOC           SK          INSURED COPY              UID    Z1        45   04539

# PREMIER BUSINESSOWNERS POLICY

**PREMIER RETAIL**

**SCHEDULE OF NAMED INSUREDS**

Policy Number: **ACP    BPRL    3027920892**                    From **04-20-22**    Policy Period:
To **04-20-23**

Named Insured:

**BOYLE & BOYLE INC - DBA**
**BADCOCK FURNITURE STORE**

**ALLIED INSURANCE COMPANY OF AMERICA**

**IN WITNESS WHEREOF,** the Company has caused this policy to be signed by its president and secretary and countersigned as may be required on the declarations page by a duly authorized representative of the company.

SECRETARY                                    PRESIDENT

**SP 00 32 09 16**                                                           **Page 1 of 1**

# PREMIER BUSINESSOWNERS POLICY

## PREMIER RETAIL

### Surcharges and Assessments Supplemental Declarations

Policy Period:

Policy Number: **ACP BPRL3027920892**    From **04-20-22**  To  **04-20-23**

| | | |
|---|---|---|
| FL | FL STATE FIRE MARSHAL SURCHARGE | $5.06 |
| FL | EMPA TRUST FUND SURCHARGE | $4.00 |
| FL | FIGA 2022 ASSESSMENT | $35.96 |
| | SURCHARGE/ASSESSMENT TOTAL | $45.02 |

# PREMIER BUSINESSOWNERS POLICY

**PREMIER RETAIL**

**SINKHOLE NOTICE SUPPLEMENTARY DECLARATIONS**          Policy Period:

Policy Number:   **ACP BPRL3027920892**                    From  **04-20-22**   To  **04-20-23**

YOUR POLICY PROVIDES COVERAGE FOR A CATASTROPHIC GROUND COVER COLLAPSE THAT RESULTS IN THE PROPERTY BEING CONDEMNED AND UNINHABITABLE. OTHERWISE, YOUR POLICY DOES NOT PROVIDE COVERAGE FOR SINKHOLE LOSSES. YOU MAY PURCHASE ADDITIONAL COVERAGE FOR SINKHOLE LOSSES FOR AN ADDITIONAL PREMIUM.

# PREMIER BUSINESSOWNERS POLICY

**PREMIER RETAIL**
**PROPERTY DECLARATIONS**

Policy Number:  **ACP BPRL3027920892**

Policy Period:
From **04-20-22** To **04-20-23**

| | | |
|---|---|---|
| Description of Premises Number: **001** | Building Number: **001** | Construction: **NON-COMBUSTIBLE** |

Premises Address  **14 W HICKORY ST                    ARCADIA              FL              34266-3959**
Premises ID
Occupancy  **OO**    Classification:  **FURNITURE STORES - FULL LINE, NO REPAIR, REFINISHING OR UPHOLSTERY WORK OTHER THAN OWN STOCK - NO SECOND HAND GOODS**
Described as:  **FURNITURE STORES - NO REPAIR, NO SECOND HAND GOODS (57121)**

---

WE PROVIDE INSURANCE ONLY FOR THOSE COVERAGES INDICATED BY A LIMIT OR BY "INCLUDED".

The Property Coverage provided at this premises is subject to a **$ 5,000** Deductible, unless otherwise stated.

---

| COVERAGES | | | LIMITS OF INSURANCE |
|---|---|---|---|
| Building -  Replacement cost | | | **$1,144,000** |
| Business Personal Property - Replacement cost | | | **$5,400** |
| **ADDITIONAL COVERAGES - the Coverage Form Includes other Additional Coverages not shown.** | | | |
| Business Income - ALS - 12  Months - 24  Hour Waiting Period - 60 Day Ordinary Payroll Limit | | | **INCLUDED** |
| Extra Expense - Actual Loss Sustained (ALS) - 12  Months - 24  Hour Waiting Period | | | **INCLUDED** |
| Equipment Breakdown | | | **INCLUDED** |
| Automatic Increase in Insurance - Building | | | **4%** |
| Automatic Increase in Insurance - Business Personal Property | | | **2.9%** |
| Back Up of Sewer and Drain Water (limit shown per Building, subject to  $25,000  policy aggregate) | | | |
| | | | **$5,000** |
| Appurtenant Structures - 10% of Building Limit of Insurance - maximum $50,000 any one structure | | | **INCLUDED** |
| Increased Cost of Construction | | | **$25,000** |
| **OPTIONAL INCREASED LIMITS** | **Included Limit** | **Additional Limit** | |
| Account Receivable | $25,000 | | **$25,000** |
| Valuable Papers and Records (At the Described Premises) | $25,000 | | **$25,000** |
| Forgery and Alteration | $10,000 | | **$10,000** |
| Money and Securities - Inside the Premises | $10,000 | | **$10,000** |
|                     Outside the Premises (Limited) | $10,000 | | **$10,000** |
| Outdoor Signs | $2,500 | | **$2,500** |
| Outdoor Trees, Shrubs, Plants and Lawns | $10,000 | | **$10,000** |
| Business Personal Property Away From Premises | $15,000 | | **$15,000** |
| Business Personal Property Away From Premises - Transit | $15,000 | | **$15,000** |
| Electronic Data | $10,000 | | **$10,000** |
| Interruption of Computer Operations | $10,000 | | **$10,000** |
| Building Property of Others | $10,000 | | **$10,000** |
| | | | |
| **OPTIONAL COVERAGES - Other frequently purchased coverage options.** | | | |
| Employee Dishonesty    $25,000 Policy Occurrence | | | **INCLUDED** |
| Ordinance or Law - 1 - Loss to Undamaged Portion | | | **NOT PROVIDED** |
|            2 - Demolition Cost and Broadened Increased Cost of Construction | | | **NOT PROVIDED** |
|            Ordinance or Law Broadened | | | **INCLUDED** |
| Sinkhole Loss Coverage | | | **NOT PROVIDED** |
| ADVANTAGE - Blanket Additional Limit | | | **$100,000** |
| Windstorm/Hail Deductible - PB0312 - 2% | | | **INCLUDED** |
| Building Wind/Hail Deductible | | | **$22,880** |
| Business Personal Property Wind/Hail Deductible | | | **$108** |
| Business Personal Property in the Open Wind/Hail Deductible | | | **$108** |

**PROTECTIVE SAFEGUARDS**
This premise has Protective Safeguards identified by symbols below.  Insurance for Fire or Burglary and Robbery at this premise will be excluded if you do not notify us immediately if any of these safeguards are impaired.
See **PB 04 30** for a description of each symbol. APPLICABLE SYMBOLS:  **NOT APPLICABLE**

---

# PREMIER BUSINESSOWNERS POLICY

**PREMIER RETAIL**

**MORTGAGEE ASSIGNMENT INFORMATION**

Policy Number:  **ACP BPRL3027920892**

Policy Period:
From **04-20-22** To **04-20-23**

Additional Interest: **M**     Interest Number:  **1**      Loan Number:  **TBA**
Interest: **RETAIL FURNITURE STORE**
**CENTERSTATE BANK NA**

**PO BOX 700785, DALLAS, TX, 75370-0785**

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

Additional Interest:          Interest Number:          Loan Number:
Interest:

# PREMIER BUSINESSOWNERS POLICY

**PREMIER RETAIL**

## LIABILITY DECLARATIONS

| | |
|---|---|
| Policy Number: **ACP  BPRL  3027920892** | Policy Period:<br>From **04-20-22**  To **04-20-23** |

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| Each Occurrence Limit of Insurance | Per Occurrence | **$1,000,000** |
| Medical Payments Coverage Sub Limit | Per Person | **$5,000** |
| Tenants Property Damage Legal Liability Sub Limit | Per Covered Loss | **$300,000** |
| Personal and Advertising Injury | Per Person Or Organization | **$1,000,000** |
| Products – Completed Operations Aggregate | All Occurrences | **$2,000,000** |
| General Aggregate | All Occurrences | **$2,000,000** |
| (Other than Products – Completed Operations) | | |

## AUTOMATIC ADDITIONAL INSUREDS STATUS

The following persons or organizations are automatically insureds when you and they have agreed in a written contract or agreement that such person or organization be added as an additional insured on your policy.

Co-Owners of Insured Premises
Controlling Interest
Grantor of Franchise or License
Lessors of Leased Equipment
Managers or Lessors of Leased Premises
Mortgagee, Assignee or Receiver
Owners or Other Interest from Whom Land has been Leased
State or Political Subdivisions - Permits Relating to Premises

## PROPERTY DAMAGE DEDUCTIBLE
NONE

## OPTIONAL COVERAGES

| | |
|---|---|
| Employment Practices Liability Insurance | |
| Each Claim & Aggregate Limits for Damages | **$250,000** |
| Each Claim & Aggregate Limits-Defense Expense     **INCLUDED** | |
| Retroactive Date 04/20/17 Deductible  $5,000 | |
| SEE ATTACHED LIABILITY DECLARATION SUPPLEMENT | |

# PREMIER BUSINESSOWNERS POLICY

### PREMIER RETAIL

## FORMS AND ENDORSEMENTS SUMMARY

Policy Period:

Policy Number:  **ACP**  **BPRL**  **3027920892**

From **04-20-22**  To **04-20-23**

| FORM NUMBER | | TITLE |
|---|---|---|
| LI0021 | 0101 | NUCLEAR ENERGY LIABILITY EXCLUSION |
| PB0002 | 1114 | PREMIER BUSINESSOWNERS |
| PB0006 | 1114 | PREMIER BUSINESSOWNERS LIABILITY COVERAGE FORM |
| PB0009 | 1114 | PREMIER BUSINESSOWNERS COMMON POLICY CONDITIONS |
| PB0312 | 1114 | PERCENTAGE DEDUCTIBLE - WIND OR HAIL |
| PB0430 | 0516 | PROTECTIVE SAFEGUARDS |
| PB0523 | 0715 | CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM |
| PB0589 | 0311 | EMPLOYMENT PRACTICES LIABILITY |
| PB1504 | 1114 | ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| PB2099 | 0411 | BUSINESSOWNERS ADVANTAGE |
| PB2998 | 0908 | EXCLUSION - VIOLATION OF CONSUMER PROTECTION STATUTES |
| PB2999 | 0411 | EXCLUSION - FUNGI OR BACTERIA |
| PB3701 | 1114 | ORDINANCE OR LAW BROADENED ENDORSEMENT |
| PB5805 | 1114 | DATA COMPROMISE COVERAGE RESPONSE EXPENSES AND DEFENSE AND L |
| PB5807 | 1114 | CYBERONE COVERAGE |
| PB5809 | 1114 | IDENTITY RECOVERY COVERAGE |
| PB9009 | 1114 | FLORIDA AMENDATORY ENDORSEMENT |

### IMPORTANT NOTICES

| | | |
|---|---|---|
| IN6903 | 1111 | FL BUSINESSOWNERS CO-PAY AND WINDSTORM DEDUCTIBLE NOTICE |
| IN7404 | 0107 | IMPORTANT FLOOD INSURANCE NOTICE |
| IN7429 | 1215 | FLORIDA CUSTOMER SERVICE INFORMATION |
| IN7436 | 0708 | FLORIDA SINKHOLE LOSS COVERAGE |
| IN7437 | 0708 | FLORIDA DEPART. OF REVENUE REQUIRES INS. CO. TO COLLECT SURC |
| IN7438 | 0708 | EMERGENCY MGMT., PREPAREDNESS, AND ASSISTANCE TRUST FUND FL |
| IN7440 | 0708 | FLORIDA BUILDING CODE EFFECTIVENESS GRADING |
| IN7809 | 1115 | DATA BREACH & IDENTITY RECOVERY SERVICES |
| IN7830 | 0816 | EMPLOYMENT PRACTICES LIABILITY SERVICES |
| IN7854 | 0717 | PROTECTIVE SAFEGUARDS ENDORSEMENT ADVISORY NOTICE TO POLICYH |
| IN7930 | 0122 | FLORIDA FIGA IMPORTANT NOTICE |

# PREMIER BUSINESSOWNERS POLICY

**PREMIER RETAIL**

**LIABILITY DECLARATIONS SUPPLEMENT**

Policy Number: **ACP BPRL 3027920892**

Policy Period:
From **04-20-22**   To **04-20-23**

| OPTIONAL COVERAGES | LIMITS OF INSURANCE |
|---|---|
| Data Compromise Coverage | |
|   Response Expense Limit | $50,000 |
|   Response Expense Deductible | $1,000 |
|     Sublimits | |
|       Named Malware Limit(Sec.1) | $50,000 |
|       Forensic IT Review Limit | $5,000 |
|       Legal Review Limit | $5,000 |
|       PR Services Limit | $5,000 |
|   Defense and Liability Limit | $50,000 |
|   Defense and Liability Deductible | $1,000 |
|     Named Malware Limit(Sec.2) | $50,000 |
| Identity Recovery Limit | |
|   Expense Reimbursement Limit | $25,000 |
|     Sublimits | |
|       Lost Wages/Child Elder | $5,000 |
|       Mental Health Expenses Limits | $1,000 |
|       Miscellaneous Expensed Limits | $1,000 |
| CyberOne Coverage | |
|   Section 1 - Full Computer Attack | |
|   Computer Attack Limit | $50,000 |
|   Computer Attack Deductible | $5,000 |
|     Sublimits | |
|       Data Re-Creation | EXCLUDED |
|       Loss of Business | EXCLUDED |
|       Public Relations | EXCLUDED |
|   Section 2 - Full Network Security Liability | |
|   Network Security Liability Limit | EXCLUDED |
|   Network Security Liability Deductible | EXCLUDED |

**PB 81 05 (01-01)**          **ALLIED INSURANCE COMPANY OF AMERICA**          **Page 1 of 1**

DIRECT BILL    LCOC          SK          INSURED COPY          UID    Z1          45    04548

EFFECTIVE DATE: 12:01 AM Standard Time,
(at your principal place of business)

**BUSINESSOWNERS
PB AI 06 (01-01)**

# ACKNOWLEDGEMENT OF ADDITIONAL INSURED STATUS
# CONTROLLING INTEREST

**Person or Organization Designated as an Additional Insured:**

**CENTERSTATE BANK NA**

**PO BOX 700785**
**DALLAS          TX 753700785**

This form has been sent to you to acknowledge your status as an additional insured under our, meaning the issuing Company stated below, insurance policy issued to the Named Insured shown below.

Under our Premier Businessowners Liability Coverage Form, Section II. WHO IS AN INSURED provides as follows:

Any of the following persons or organizations are automatically insureds when you (i.e. the Named Insured stated below) and such person or organization have agreed in a written contract or agreement that such person or organization be added as an additional insured on your policy providing general liability coverage.

<u>Controlling Interest</u>

Any person or organization that has a controlling interest in you is an additional insured, but only with respect to liability arising out of:

(1) Their financial control of you; or
(2) Their ownership, maintenance or control of premises you lease or occupy;

Subject to the following additional exclusion:

This insurance, including any duty we have to defend "suits", does not apply to structural alterations, new construction or demolition operations performed by or for such person or organization.

HOWEVER, their status as additional insured under this policy ends when they cease to have such controlling interest in you.

The policy language set forth above is subject to all of the terms and conditions of the policy issued to the Named Insured shown below. For your information, our Named Insured, the Policy Number, Policy Term and Limits of Insurance are stated below.

Named Insured          **BOYLE & BOYLE INC - DBA**

Issuing Company:       **AICOA**

Policy Number:         **ACP BPRL3027920892**

Policy Term:           **04-20-22 To 04-20-23**

Limits of Insurance:   **Per Occurrence          $1,000,000**
                       **All Occurrences         $2,000,000**

**PB AI 06 (01-01)**                                                          **Page 1 of 1**

BUSINESSOWNERS
PB 04 30 05 16

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# PROTECTIVE SAFEGUARDS

This endorsement modifies insurance provided under the following:

PREMIER BUSINESSOWNERS PROPERTY COVERAGE FORM

**NOTICE**

**YOU RISK THE LOSS OF CERTAIN INSURANCE COVERAGE AT PREMISES DESIGNATED IN THE DECLARATIONS IF YOU FAIL TO MAINTAIN ANY OF THE APPLICABLE PROTECTIVE SAFEGUARDS, LISTED BY SYMBOL IN THE DECLARATIONS FOR EACH PREMISES.**

**TO AVOID POTENTIAL LOSS OF COVERAGE YOU MUST REPORT ANY PROTECTIVE SAFEGUARD SUSPENSION OR DISABLEMENT BY CALLING 1-866-322-3214**

Your acceptance of this policy in the payment of premium when due constitutes your understanding and acknowledgement that you risk the loss of certain insurance at the premises designated if you fail to maintain the protective safeguard and your acceptance and agreement with the terms of this endorsement.

**SCHEDULE**

**Prem. / Bldg. No.    Description of P-9 Protective Safeguard:**

A. **CONDITION.** As a condition of this insurance, you are required to maintain the applicable protective devices or services for fire, denoted by symbols P-1, P-2, P-3, P-4, P-5, P-8, or P-9; or for burglary and robbery, denoted by symbols P-6 or P-7), as designated at each premises by symbol in the Declarations.

B. **EXCLUSIONS.** Under Section B. EXCLUSIONS, the following exclusions are added:

1. **FIRE PROTECTIVE SAFEGUARDS**

   We will not pay for loss or damages caused by or resulting from fire if, prior to the fire, you:

   a. Knew or should have known of any suspension or impairment in any protective safeguard as designated at each premises by symbol in the Declarations and failed to notify us of that fact; or

   b. Failed to maintain any protective safeguard as designated at each premises by symbol in the Declarations and over which you have control, in complete working order; or

   c. Add or modify any cooking equipment and operate it prior to adding or extending any Fire Suppression System that is required by code to protect it.

   If part of an Automatic Sprinkler System is shut off due to breakage, leakage, freezing conditions or opening of sprinkler heads, notification to us will not be necessary if you can restore full protection within 48 hours.

2. **BURGLARY AND ROBBERY PROTECTIVE SAFEGUARDS**

   We will not pay for loss or damage caused by or resulting from breaking-in or theft if, prior to the breaking-in or theft, you:

   a. Knew or should have known of any suspension or impairment in any protective safeguard designated at each premises by symbol in the Declarations and failed to notify us of that fact; or

   b. Failed to maintain any protective safeguard designated at each premises by symbol in the Declarations and over which you had control, in complete working order.

ACP BPRL3027920892    INSURED COPY                                        45    04550

**PB 04 30 05 16**

C. **PROTECTIVE SAFEGUARD SYMBOLS.** The protective safeguards to which this endorsement applies are identified in the Declarations by the following symbols:

**"P-1"** **Automatic Sprinkler System** including related supervisory services. Automatic Sprinkler System means:

a. Any automatic fire protective or extinguishing system, including connected:

1) Sprinklers and discharge nozzles;

2) Ducts, pipes, valves and fittings;

3) Tanks, their component parts and supports;

4) Pumps and private fire protection mains.

b. When supplied from an automatic fire protective system:

1) Nonautomatic fire protective systems; and

2) Hydrants, standpipes and outlets.

**"P-2"** **Automatic Fire Alarm**, protecting the entire building, that is:

a. Connected to a central station; or

b. Reporting to a public or private fire alarm station.

**"P-3"** **Security Service**, with a recording system or watch clock, making hourly rounds covering the entire building, when the premises are not in actual operation.

**"P-4"** **Service Contract** with a privately owned fire department providing fire protection service to the described premises.

**"P-5"** **Watchman Service** based on contract with a privately owned security company providing premises protection services to the described premises.

**"P-6"** **Local Burglar Alarm** protecting the entire building which in the event of an unauthorized or attempted entry at the described premises, triggers a loud sounding gong or siren, or a visual device, on the outside of the building.

**"P-7"** **Central Station Burglar Alarm** protecting the entire building which, in the event of an unauthorized or attempted entry at the described premises, will automatically transmit an alarm signal to an outside Central Station or police station.

**"P-8"** **Fire Suppression System**, including related supervisory services. Fire Suppression System means any automatic fire protective or extinguishing system designed to protect cooking equipment (i.e. cooking surfaces, deep fat fryers, grease ducts and hoods) including connected:

a. Sprinklers and discharge nozzles;

b. Ducts, pipes, valves and fittings; and

c. Tanks, their component parts and supports.

**"P-9"** The protective system described in the Schedule of this endorsement.

**All terms and conditions of this policy apply unless modified by this endorsement.**

# EXHIBIT

# "B"

# KRAPF KL LEGAL

2790 Sunset Point Rd.
Clearwater, FL 33759
Phone: 727-777-7450
www.krapflegal.com

**VIA EMAIL TO**                                                  August 14, 2023

Allied Insurance Company of America
P. O. Box 182068
Columbus, OH 43218
Spencj10@nationwide.com

RE:    Our Client:         Boyle & Boyle, Inc. dba Badcock Furniture Store
       Claim Number:       821963-GN
       Policy Number:      ACP BPRL3027920892
       Date of Loss:       09/28/2022

To Whom This May Concern:

    This office represents Boyle & Boyle, Inc. dba Badcock Furniture in regard to Claim Number 821963-GN relating to damages sustained at the property located at 14 West Hickory Street, Arcadia Florida 34266. Please let this letter serve as my law firm's letter of representation and client's request pursuant to Florida Statute § 627.444 for a Loss Run Statement. Also, please provide a complete copy of their insurance policy with declaration pages, amendments and endorsements for the relevant time period of coverage, including but not limited to:

(a)    The name of the insurer;
(b)    The name of each insured;
(c)    The limits of coverage; and
(d)    A statement of any policy or coverage defense which the insurer reasonably believes is available to such insurer at the time of filing such statement; and
(e)    All file documentation, correspondence, and any other information relevant to her claim.
(f)    A copy of your claims manual that is required to be on file with the State of Florida and produced upon request as required by SB7052.

    Enclosed please find a copy of any known work authorizations executed by our client for your use and evaluation of making payment owed on this claim. Please direct all future correspondence in care of our office unless instructed otherwise.

    If you have any questions regarding this request, please contact this office immediately. Thank you for your anticipated prompt and expeditious handling of this request. Please have no further contact with my clients except through this office until instructed otherwise.

Sincerely,

KRAPF LEGAL, P.A.

Grant W. Krapf Esq.

Enclosure: Contract Signed by Insured

# Public Adjuster Contingent Retainer Agreement

Bay Area Public Adjuster   Phone:  727-579-0000
PO Box 55369              Fax:    888-350-0523
St. Petersburg, FL 33792  Email:  Info@bayareapa.com

- [ ] Non-Emergency Claim
- [X] Emergency Claim
- [ ] Re-open Claim

This agreement is entered into this **28** day of **December**, 20**22** by and between, Bay Area Public Adjuster, Inc. (PA), and **BOYLE & BOYLE INC DBA BADCOCK FURNITURE STORE**, the "INSURED/CLAIMANT".

The "INSURED" hereby retains Bay Area Public Adjuster, Inc., a public adjusting firm, to represent in the adjustment and negotiation of the Insurance claim for the damages caused by **hurricane**, on or about **09/28/2022**

At location **14 West Hickory Street, Arcadia, FL, 34266**    *BBI*    *BBI*

Client Phone **(941) 757-9474**     Client Email **boyleoffice@yahoo.com**

Insurance Company **Nationwide Insurance Company of Florida**     Policy# **ACPBPRL3027920892**

Mortgage Company _____     Claim # _____

**This agreement is based upon a contingency of this claim. If no recovery is made on this claim, then the "INSURED/CLAIMANT" has no financial obligation to the public adjuster.** In consideration for the above described services, the "INSURED/CLAIMANT" expressly agrees to pay Bay Area Public Adjuster, Inc. the percentage of **10** % from ALL proceeds of ALL funds received in the settlement of his/her Insurance claim, regardless of whether the loss is settled or paid by the insurance company as a result of adjustment, mediation, appraisal, arbitration, lawsuit or otherwise on all coverages applicable under the described policy or any other applicable policy. If arising the case of additional costs associated with services necessary to settle this claim, including but not limited to: engineers, appraisal or umpires, It will be addressed under a separate written agreement upon client's approval. If the insured decides not to pursue the claim once we start our work, the insured will pay Bay Area Public Adjuster, Inc. for any expenses incurred up to that moment i.e.: expert/engineering fees, appraisal, umpire or any other. No public adjuster may settle a claim unless the terms and conditions of settlement are approved by the insured. The insured(s) hereby authorize and requests that the name Bay Area Public Adjuster, Inc. appear as a payee in addition to all other parties on all checks or drafts issued by the insurance company. In the event the insurance company fails to include Bay Area Public Adjuster, Inc., as a payee, Bay Area Public Adjuster, Inc. may place a lien on recovered proceeds received by the policyholder(s) pursuant to this agreement.
The policyholder(s) hereby authorizes all claim payments to be mailed to Bay Area Public Adjuster's Office at the address listed above.

This agreement shall be binding upon the estate of the insured in the event of his/her death. In the event of litigation arising out of this agreement, venue for such action shall be in Pinellas County, Florida and the prevailing party shall be entitled to recover its court costs and reasonable attorney's fees, including those of any appealing proceedings. I, the "INSURED/CLAIMANT" hereby grant limited power of attorney for Bay Area Public Adjuster, Inc. to endorse any proceed payments on my(our) behalf. Additionally, I/we grant limited power of attorney to Bay Area Public Adjuster, Inc. to communicate with our bank/mortgage company regarding our loan(s) for purposes of securing claim proceed endorsements.

By signing below, the "INSURED/CLAIMANT" acknowledges he/she understands and accepts the terms of this agreement and states that all information provided herein is accurate.

Boyle & Boyle Inc

DocuSigned by:
*Boyle & Boyle Inc*
DBB491A18E224C5...

_____     12/28/2022
Client (print name)          Client (Signature)          Date

_____     _____     _____
Client (print name)          Client (Signature)          Date

**David Crosby  E167605**                    *David Crosby*                    12/28/2022
Bay Area Public Adjuster (Print Name and License#)   Bay Area Public Adjuster (Signature)   Date

PA Phone: **727-422-7138**     PA Email: **david@bayareapa.com**

# THE INSURED MAY CANCEL THIS CONTRACT FOR ANY REASON WITHOUT PENALTY OR OBLIGATION WITHIN 10 DAYS AFTER THE DATE OF THIS CONTRACT BY PROVIDING NOTICE TO BAY AREA PUBLIC ADJUSTER. NOTICE OF CANCELLATION MUST BE SUBMITTED IN WRITING AND SENT BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, OR OTHER FORM OF MAILING THAT PROVIDES PROOF THEREOF, TO THE PUBLIC ADJUSTER AT THE ADDRESS SPECIFIED IN THE CONTRACT.

PURSUANT TO S. 817. 234, FLORIDA STATUTES, ANY PERSON WHO, WITH THE INTENT TO INJURE, DEFRAUD, OR DECEIVE ANY INSURER OR INSURED, PREPARES, PRESENTS, OR CAUSES TO BE PRESENTED A PROOF OF LOSS OR ESTIMATE OF COST OR REPAIR OF DAMAGED PROPERTY IN SUPPORT OF A CLAIM UNDER AN INSURANCE POLICY KNOWING THAT THE PROOF OF LOSS OR ESTIMATE OF CLAIM OR REPAIRS CONTAINS ANY FALSE, INCOMPLETE OR MISLEADING INFORMATION